IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-132

| | |
|---|---|
| AMBER KEUMURIAN,<br><br>                                  **Plaintiff,**<br><br>v.<br><br>XEROX EDUCATION SERVICES, LLC<br>d/b/a ACS EDUCATION SERVICES,<br><br>                                  **Defendant.** | **STIPULATION OF DISMISSAL** |

**COME NOW** the named Plaintiff and the Defendant, by and through counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby file this Stipulation of Voluntary Dismissal without prejudice. The Parties hereby dismiss all claims and counterclaims that have or could have been brought in this action.

**TODAY** is September 28, 2017.

| | |
|---|---|
| **SELLERS AYERS DORTCH & LYONS, P.A.** | **COLLUM & PERRY** |
| By:   */s/ Michelle Massingale Dressler*<br>      Michelle Massingale Dressler<br>      301 S. McDowell Street, Suite 410<br>      Charlotte, NC 28204<br>      mpmdressler@sellersayers.com<br>      Attorney for Defendant | By:   */s/ M. Shane Perry*<br>      M. Shane Perry<br>      109 W. Statesville Ave.<br>      Mooresville, NC 28115<br>      704-663-4187<br>      shane@collumperry.com<br>      Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-132

AMBER KEUMURIAN,

          **Plaintiff,**

  v.

XEROX EDUCATION SERVICES, LLC
d/b/a ACS EDUCATION SERVICES,

STIPULATION OF DISMISSAL

          **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation of Dismissal* has this day been served using the ECF electronic filing system as noted below:

      **SELLERS AYERS DORTCH & LYONS, P.A.**

      Michelle Massingale Dressler
      mpmdressler@sellersayers.com
      Brett E. Dressler
      bdressler@sellersayers.com
      301 S. McDowell Street, Suite 410
      Charlotte, NC  28204
      *Attorneys for Defendant*

**TODAY** is September 28, 2017.


      **COLLUM & PERRY**

  By: /s/ M. Shane Perry
     M. Shane Perry
     109 W. Statesville Ave.
     Mooresville, NC 28115
     704-663-4187
     shane@collumperry.com
     *Attorney for Plaintiff*